UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR217 - 063

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION NO.** |
| | ) | |
| v. | ) | **VIO: 18 U.S.C. § 371** |
| | ) | **Conspiracy** |
| SILVERLY ANN MAY | ) | |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

U. S. DISTRICT COURT
Southern District of GA
Filed In Office

_____ M
12·21       20 17
_____
Deputy Clerk

**COUNT ONE**
**CONSPIRACY**
**18 U.S.C. § 371**

1. That from on or about October 9, 2014, up to and including on or about June 13, 2017, in Camden County, in the Southern District of Georgia, and elsewhere, the defendant, **SILVERLY ANN MAY**, aided and abetted by others, did knowingly and willfully combine, conspire, confederate and agree with other persons:

a) to knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, quantities of controlled substances, including oxycodone, hydromorphone, and hydrocodone, Schedule II controlled substances, and alprazolam, a Schedule IV controlled substance, not for a legitimate medical purpose and not in the usual course of professional practice, contrary to Title 21, United States Code, Section 841(a)(1); and

b) to knowingly and willfully engage in financial transactions concerning Coastline Physical Medicine and Rehabilitation, Brunswick, Georgia, which transactions involved the proceeds of specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of the aforesaid specified unlawful activity and to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of

specified unlawful activity, contrary to Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## OVERT ACTS

2. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Georgia and elsewhere:

a) On or about October 9, 2014, members of the conspiracy began operating Coastline Physical Medicine and Rehabilitation, a nominal pain management clinic, from a premises located at 4011 Georgia Highway 40 East, St. Mary's, Georgia.

b) Beginning in or about October 2014, members of the conspiracy hired employees and trained them on how to operate the nominal pain clinic.

c) Between October 9, 2014 and June 13, 2017, members of the conspiracy employed a medical doctor to work at Coastline Physical Medicine and Rehabilitation.

d) Between October 9, 2014 and June 13, 2017, drug-seeking customers typically paid between $200 and $330 cash to Coastline Physical Medicine and Rehabilitation in exchange for prescriptions for controlled substances.

e) Between October 9, 2014 and June 13, 2017, prescriptions for Schedule II and IV controlled substances were routinely issued at Coastline Physical Medicine and Rehabilitation and then filled at one or more pharmacies controlled by conspirators, outside the usual course of professional practice and without legitimate medical purpose.

f) Beginning in December 2014, conspirators opened and made use of Ameris Bank, account no. 000061565 to promote and facilitate the criminal activity described herein.

2

g) Between January 1, 2016 and December 31, 2016, more than $1,271,940.11 in cash proceeds generated from Coastline Physical Medicine and Rehabilitation were deposited into the Coastline Physical Medicine and Rehabilitation account at Ameris Bank, account no. 000061565. Funds from this account were used to pay the operating expenses of the clinic, the salaries of the defendant and other conspirators, and to conduct other financial transactions involving the proceeds of the specified unlawful activity with the intent to promote the carrying on of the aforesaid specified unlawful activity and to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity.

All done in violation of Title 18, United States Code, Section 371.

Bobby L. Christine
United States Attorney

Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

Karl I. Knoche*
Assistant United States Attorney
Georgia Bar No. 426624

*lead counsel

3